**Last revised: August 1, 2017**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.:    __17-30297-SLM__ |
| RAYMOND A. GONZALEZ, | Judge:    __Meisel__ |
| Debtor(s) | |

## Chapter 13 Plan and Motions

☐ Original      ☐ Modified/Notice Required      Date: __November 16, 2017__

☐ Motions Included      ☒ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☒ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: __/s/ JMM__      Initial Debtor: __/s/ RAG__      Initial Co-Debtor: _____

The Debtor has paid $100.00 to date over one (1) month;

**Part 1:    Payment and Length of Plan**

a. The debtor shall pay $ _____200.00_____ per _____month_____ to the Chapter 13 Trustee, starting on _____December 1, 2017_____ for approximately _____60_____ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☒    Future earnings

☐    Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:
Proposed date for completion: _____

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☐ Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

**Part 2:    Adequate Protection** ☒ **NONE**

      a.  Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

      b.  Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3:    Priority Claims (Including Administrative Expenses)**

  a.    All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE  MSPC | ADMINISTRATIVE | BALANCE DUE: $1310.00 plus any additional fees awarded by the Court. |
| DOMESTIC SUPPORT OBLIGATION | N/A | N/A |

  b.    Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount: | | |

| Part 4: | Secured Claims |
|---|---|

**a. Curing Default and Maintaining Payments on Principal Residence:** ☒ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

**b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☒ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

**c. Secured claims excluded from 11 U.S.C. 506:** ☒ **NONE**

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☒ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☒ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

**f. Secured Claims Unaffected by the Plan** ☒ **NONE**

The following secured claims are unaffected by the Plan:

| **g. Secured Claims to be Paid in Full Through the Plan**: ☒ **NONE** | | |
|---|---|---|
| Creditor | Collateral | Total Amount to be Paid Through the Plan |
| | | |

## Part 5:    Unsecured Claims ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☐ Not less than _____ percent

☒ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| | | | |

## Part 6:    Executory Contracts and Unexpired Leases ☒ NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| | | | | |

| Part 7: | Motions ☒ NONE |
|---|---|

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).** ☒ **NONE**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

    **c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**  ☒ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

## Part 8:    Other Plan Provisions

    **a. Vesting of Property of the Estate**

        ☒    Upon confirmation

        ☐    Upon discharge

    **b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

    **c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

    1) Ch. 13 Standing Trustee commissions

    2)  Administrative / Legal Fees and Costs

    3)  Priority Unsecured Claims

    4)  Secured Claims

    5) General Unsecured Claims

    **d. Post-Petition Claims**

The Standing Trustee ☒ is, ☐ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

| **Part 9:** | **Modification** ☐ **NONE** |
|---|---|

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: October 16, 2017                              .

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| Plan is modified per Amended Schedules I and J. | Part 1(a) is modified to reflect increased plan payment and longer plan duration. |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☒ Yes    ☐ No

| **Part 10:** | **Non-Standard Provision(s): Signatures Required** |
|---|---|

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are void.

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Certification.

I certify under penalty of perjury that the plan contains no non-standard provisions other than those set forth in this final paragraph.

Date: 11/16/2017                              /s/ Jessica M. Minneci                    
                                              Attorney for the Debtor

Date: 11/16/2017                              /s/ Raymond A. Gonzalez                    
                                              Debtor

Date: _____                  _____
                                              Joint Debtor

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

Date: 11/16/2017                                              /s/ Jessica M. Minneci
                                                                       Attorney for the Debtor

I certify under penalty of perjury that the above is true.

Date: 11/16/2017                                              /s/ Raymond A. Gonzalez
                                                                       Debtor

Date: _____                   _____
                                                                       Joint Debtor

```
                              United States Bankruptcy Court
                                    District of New Jersey
In re:                                                                   Case No. 17-30297-SLM
Raymond A. Gonzalez                                                      Chapter 13
                    Debtor
                                     CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin                  Page 1 of 3                  Date Rcvd: Nov 16, 2017
                               Form ID: pdf901              Total Noticed: 83

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 18, 2017.
db             +Raymond A. Gonzalez,    324 Cleveland Avenue,    Hasbrouck Heights, NJ 07604-1602
517128393      +1107 Washington,    1107 Washington,    Hoboken, NJ 07030-5384
517128394      +131 Madison,    131 Madison St,    Hoboken, NJ 07030-1834
517128395      +14 Euclid Condo Association,    14 Euclid Avenue,    Summit, NJ 07901-2191
517128396      +194 Kensington,    194 Kensington,    Jersey City, NJ 07306-6631
517128397      +210 3rd Street,    210 3rd St,    Hoboken, NJ 07030-3812
517128398      +333 Monroe,    333 Monroe St,    Hoboken, NJ 07030-7621
517128399      +352 7th Street,    352 7th St,    Jersey City, NJ 07302-1847
517128400      +41st Ave Condo,    27-16 41st Avenue,    Long Island City, NY 11101-3730
517128401      +50 Parmley Condo,    50 ParmleyPlace,    Summit, NJ 07901-2100
517128402      +71-75 Grand Street Condo,    71 -75 Grand Street,    Hoboken, NJ 07030-2405
517128403      +726 Adams,    726 Adams St,    Hoboken, NJ 07030-2872
517128404      +819 Washington St,    819 Washington St,    Hoboken, NJ 07030-5031
517128405      +830 Bloomfield,    830 Bloomfield St,    Hoboken, NJ 07030-7007
517128406      +924-926 Jefferson,    924-926 Jefferson St,    Hoboken, NJ 07030-9238
517128407      +934 Hudson Condo,    934 Hudson St,    Hoboken, NJ 07030-5130
517128408      +Adams House,    419 Adams St,    Hoboken, NJ 07030-2675
517182838      +Advance Medical Supply,    12 Legion Place,    Wayne, NJ 07470-6771
517182839       Alexander Visco, MD,    739 Bloomfield Street, Suite 1,    Hoboken, NJ 07030-5000
517128409       Allied Medical Associates,    C/O KP Recovery Solutions LLC,    P.O. Box 43,
                 Springfield, NJ 07081-0043
517128411      +Atlantic Medical Group,    PO Box 416457,    Boston, MA 02241-6457
517128410       Atlantic Medical Group,    C/O CMRE Financial Services, Inc,    3075 E Imperial Hwy Suite 200,
                 Brea, CA 92821-6753
517128412       Bureau of Account Management,    PO Box 8875,    Camp Hill, PA 17001-8875
517128413       Capital One Bank (USA), NA,    P.O. Box 6492,    Carol Stream, IL 60197-6492
517128414      +Celia Gardens,    219-241 North Middletown Rd,    Pearl River, NY 10965-1128
517128415      +Charles Court,    725 Jefferson St,    Hoboken, NJ 07030-8014
517128416      +Chase,    P.O. Box 15123,    Wilmington, DE 19850-5123
517128417      +Chilton Medical Center,    C/O The Law Offices of Richard W. Krieg,,    LLC,    17 Prospect St.,
                 Morristown, NJ 07960-6862
517128418      +Clinton Place,    82 Clinton Place,    Hoboken, NJ 07030-2487
517107910      +Clinton Place Condominium Association,    c/o Aronsohn Weiner Salerno & Kaufman,
                 Court Plaza South- East Wing,    21 Main Street, Suite 100,    Hackensack, NJ 07601-7021
517128420      +Columbia Park,    144 Old Bergen Road,    Jersey City, NJ 07305-2530
517182853      +Connect One Bank,    301 Sylvan Avenue #1,    Englewood Cliffs, NJ 07632-2539
517128421      +Crossings,    1100 Clinton St,    Hoboken, NJ 07030-3283
517128422      +Crown Condo Assoc,    1107 Grand St,    Hoboken, NJ 07030-2261
517182856       East Coast Sprine, Joint and Sports Med,    739 Bloomfield Street, Suite 1,
                 Hoboken, NJ 07030-5000
517182857      +Englewood Hospital and Medical Center,    PO Box 48304,    Newark, NJ 07101-8504
517182858      +FBCS, Inc.,    330 S. Warminster Road, Suite 353,    Hatboro, PA 19040-3433
517128423      +Greenbriar Condo,    280 Union Street,    Hackensack, NJ 07601-4258
517128426       HESAA-NJCLASS,    PO Box 11961,    Newark, NJ 07101-4961
517182864       HRRG,    PO Box 459080,    Fort Lauderdale, FL 33345-9080
517128424      +Hackensack University Medical Group,    C/O C.tech Collections, Inc.,    PO Box 402,
                 Mount Sinai, NY 11766-0402
517128425      +Hamilton Park,    350 8th St,    Jersey City, NJ 07302-1823
517182862       Health East ASC,    54 South Dean Street,    Hackensack, NJ 07601-3514
517128428      +Jefferson Millennium,    727 Jefferson St,    Hoboken, NJ 07030-2087
517128429      +Juliette,    1001 Avenue C,    Bayonne, NJ 07002-3258
517128431       Kessler Professional Services,    PO Box 827832,    Philadelphia, PA 19182-7832
517128432       Laboratory Corporation of,    America Holdings,    P.O. Box 2240,    Burlington, NC 27216-2240
517182871      +Liberty Ambulatory Surgery Center, LLC,    377 Jersey Avenue, Suite 510,
                 Jersey City, NJ 07302-4691
517182872       Matthew Chalfin, MD,    54 South Dean Street,    Englewood, NJ 07631-3514
517182873      +Mnet Financial,    95 Argonaut Suite 200,    Aliso Viejo, CA 92656-4147
517128433      +Mountain Lakes Pathology LLC,    115 Route 46 W Suite B-12,    Mountain Lakes, NJ 07046-1656
517128437     ++NORTHWEST RADIOLOGY ASSOCIATES,    45 PINE STREET SUITE 8,    ROCKAWAY NJ 07866-3149
               (address filed with court: Northwest Radiology Associates,    41 Pine St.,    Suite 8,
                 Rockaway, NJ 07866)
517128435       New York Life Insurance,    P.O. Box 500,    Minneapolis, MN 55440-0500
517182878       Nicole Bortniker, DPT,    739 Bloomfield Street, Suite 1,    Hoboken, NJ 07030-5000
517128436       Northern Valley Anesthesiology,    C/O ARS,    PO Box 630806,    Cincinnati, OH 45263-0806
517128438      +Park Central,    807 Clinton St,    Hoboken, NJ 07030-2976
517128439      +Park Lane Condo,    120 Sussex Street,    Hackensack, NJ 07601-4154
517182883      +Pleasantsale Ambulatory Care,    61 Main Street,    Suite D,    West Orange, NJ 07052-5353
517128440       Quest Diagnostics,    PO Box 740985,    Cincinnati, OH 45274-0985
517128441       RMB, Inc.,    409 Bearden Park Circle,    Knoxville, TN 37919-7448
517182886       Ron Ben-Meir DO,    739 Bloomfield Street, Suite 1,    Hoboken, NJ 07030-5000
517107912     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: New Jersey Division of Taxation,    Compliance and Enforcement,
                 Bankruptcy Unit,    PO Box 245,    Trenton, NJ 08695-0267)
517128442       Saint Clare's Health Svc,    P.O. Box 536598,    Pittsburgh, PA 15253-5907
```

```
District/off: 0312-2          User: admin               Page 2 of 3                   Date Rcvd: Nov 16, 2017
                              Form ID: pdf901           Total Noticed: 83


517182888      Stoneleigh Recovery Associates, LLC,    PO Box 1479,    Lombard, IL 60148-8479
517128443     +Summit,    84 Adams St,    Hoboken, NJ 07030-8407
517128444      Summit Medical Group,    Attn # 8549X,    PO Box 14000,    Belfast, ME 04915-4033
517128445     +Terraces,    920 Jefferson St,    Hoboken, NJ 07030-9201
517107913      The Travelers Indemnity Company,    c/o Law Offices of William E. Staehle,    445 South Street,
                P.O. Box 1938,    Morristown, NJ 07962-1938
517128447     +Tribeca,    113 Willow Ave,    Hoboken, NJ 07030-3605
517128448     +Trinova Willow,    218 Willow Ave,    Hoboken, NJ 07030-7904
517128449     +Union Club,    600 Hudson St,    Hoboken, NJ 07030-5900
517128450     +Union Grande,    1720 New York Ave,    Union City, NJ 07087-7423
517128451     +Washington House,    821 Washington St,    Hoboken, NJ 07030-5032
517128452     +Waterfront,    15 Broadway,    Bayonne, NJ 07002-3450
517128453      Wells Fargo,    P.O. Box 660553,    Dallas, TX 75266-0553
517128454      Westcourt,    West 2nd St,    Bayonne, NJ 07002
517128455     +Willow Crest,    208 Willow Ave,    Hoboken, NJ 07030-3664
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 16 2017 22:40:51      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 16 2017 22:40:49      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517182836      +E-mail/Text: mreed@affcollections.com Nov 16 2017 22:40:53
                 Accurate Collection Services, LLC,    17 Prospect Street,    Morristown, NJ 07960-6862
517182846      +E-mail/Text: bankruptcy@certifiedcollection.com Nov 16 2017 22:40:41
                 Certified Credit & Collection Bureau,    P.O. Box 336,    Raritan, NJ 08869-0336
517107911       E-mail/Text: cio.bncmail@irs.gov Nov 16 2017 22:40:27      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
517128430       E-mail/Text: SM-Rehab-Bankruptcies@selectmedical.com Nov 16 2017 22:41:34
                 Kessler Institute for Rehabilitation,    PO Box 827914,    Philadelphia, PA 19182-7914
                                                                                               TOTAL: 6


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517182821*    +1107 Washington,    1107 Washington,    Hoboken, NJ 07030-5384
517182822*    +131 Madison,    131 Madison St,    Hoboken, NJ 07030-1834
517182823*    +14 Euclid Condo Association,    14 Euclid Avenue,    Summit, NJ 07901-2191
517182824*    +194 Kensington,    194 Kensington,    Jersey City, NJ 07306-6631
517182825*    +210 3rd Street,    210 3rd St,    Hoboken, NJ 07030-3812
517182826*    +333 Monroe,    333 Monroe St,    Hoboken, NJ 07030-7621
517182827*    +352 7th Street,    352 7th St,    Jersey City, NJ 07302-1847
517182828*    +41st Ave Condo,    27-16 41st Avenue,    Long Island City, NY 11101-3730
517182829*    +50 Parmley Condo,    50 ParmleyPlace,    Summit, NJ 07901-2100
517182830*    +71-75 Grand Street Condo,    71 -75 Grand Street,    Hoboken, NJ 07030-2405
517182831*    +726 Adams,    726 Adams St,    Hoboken, NJ 07030-2872
517182832*    +819 Washington St,    819 Washington St,    Hoboken, NJ 07030-5031
517182833*    +830 Bloomfield,    830 Bloomfield St,    Hoboken, NJ 07030-7007
517182834*    +924-926 Jefferson,    924-926 Jefferson St,    Hoboken, NJ 07030-9238
517182835*    +934 Hudson Condo,    934 Hudson St,    Hoboken, NJ 07030-5130
517182837*    +Adams House,    419 Adams St,    Hoboken, NJ 07030-2675
517182840*     Allied Medical Associates,    C/O KP Recovery Solutions LLC,    P.O. Box 43,
                Springfield, NJ 07081-0043
517182841*     Atlantic Medical Group,    C/O CMRE Financial Services, Inc,    3075 E Imperial Hwy Suite 200,
                Brea, CA 92821-6753
517182842*    +Atlantic Medical Group,    PO Box 416457,    Boston, MA 02241-6457
517182843*     Bureau of Account Management,    PO Box 8875,    Camp Hill, PA 17001-8875
517182844*     Capital One Bank (USA), NA,    P.O. Box 6492,    Carol Stream, IL 60197-6492
517182845*    +Celia Gardens,    219-241 North Middletown Rd,    Pearl River, NY 10965-1128
517182847*    +Charles Court,    725 Jefferson St,    Hoboken, NJ 07030-8014
517182848*    +Chase,    P.O. Box 15123,    Wilmington, DE 19850-5123
517182849*    +Chilton Medical Center,    C/O The Law Offices of Richard W. Krieg,,    LLC,    17 Prospect St.,
                Morristown, NJ 07960-6862
517182850*    +Clinton Place,    82 Clinton Place,    Hoboken, NJ 07030-2487
517128419*    +Clinton Place Condominium Association,    c/o Aronsohn Weiner Salerno & Kaufman,
                Court Plaza South- East Wing,    21 Main Street, Suite 100,    Hackensack, NJ 07601-7021
517182851*    +Clinton Place Condominium Association,    c/o Aronsohn Weiner Salerno & Kaufman,
                Court Plaza South- East Wing,    21 Main Street, Suite 100,    Hackensack, NJ 07601-7021
517182852*    +Columbia Park,    144 Old Bergen Road,    Jersey City, NJ 07305-2530
517182854*    +Crossings,    1100 Clinton St,    Hoboken, NJ 07030-3283
517182855*    +Crown Condo Assoc,    1107 Grand St,    Hoboken, NJ 07030-2261
517182859*    +Greenbriar Condo,    280 Union Street,    Hackensack, NJ 07601-4258
517182863*     HESAA-NJCLASS,    PO Box 11961,    Newark, NJ 07101-4961
517182860*    +Hackensack University Medical Group,    C/O C.tech Collections, Inc.,    PO Box 402,
                Mount Sinai, NY 11766-0402
517182861*    +Hamilton Park,    350 8th St,    Jersey City, NJ 07302-1823
517128427*     Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
517182865*     Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
517182866*    +Jefferson Millennium,    727 Jefferson St,    Hoboken, NJ 07030-2087
517182867*    +Juliette,    1001 Avenue C,    Bayonne, NJ 07002-3258
517182868*     Kessler Institute for Rehabilitation,    PO Box 827914,    Philadelphia, PA 19182-7914
517182869*     Kessler Professional Services,    PO Box 827832,    Philadelphia, PA 19182-7832
```

```
District/off: 0312-2                  User: admin                    Page 3 of 3                  Date Rcvd: Nov 16, 2017
                                      Form ID: pdf901                Total Noticed: 83


              ***** BYPASSED RECIPIENTS (continued) *****
517182870*        Laboratory Corporation of,   America Holdings,    P.O. Box 2240,   Burlington, NC 27216-2240
517182875*       +Mountain Lakes Pathology LLC,    115 Route 46 W Suite B-12,    Mountain Lakes, NJ 07046-1656
517182880*      ++NORTHWEST RADIOLOGY ASSOCIATES,    45 PINE STREET SUITE 8,    ROCKAWAY NJ 07866-3149
                 (address filed with court: Northwest Radiology Associates,     41 Pine St.,   Suite 8,
                   Rockaway, NJ 07866)
517182877*        New York Life Insurance,    P.O. Box 500,   Minneapolis, MN 55440-0500
517182879*        Northern Valley Anesthesiology,    C/O ARS,   PO Box 630806,    Cincinnati, OH 45263-0806
517182881*       +Park Central,   807 Clinton St,   Hoboken, NJ 07030-2976
517182882*       +Park Lane Condo,    120 Sussex Street,   Hackensack, NJ 07601-4154
517182884*        Quest Diagnostics,    PO Box 740985,   Cincinnati, OH 45274-0985
517182885*        RMB, Inc.,    409 Bearden Park Circle,   Knoxville, TN 37919-7448
517128434*      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                   TRENTON NJ 08646-0245
                 (address filed with court: New Jersey Division of Taxation,     Compliance and Enforcement,
                   Bankruptcy Unit,    PO Box 245,   Trenton, NJ 08695-0267)
517182876*      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                   TRENTON NJ 08646-0245
                 (address filed with court: New Jersey Division of Taxation,     Compliance and Enforcement,
                   Bankruptcy Unit,    PO Box 245,   Trenton, NJ 08695-0267)
517182887*        Saint Clare's Health Svc,    P.O. Box 536598,   Pittsburgh, PA 15253-5907
517182889*       +Summit,   84 Adams St,   Hoboken, NJ 07030-8407
517182890*        Summit Medical Group,    Attn # 8549X,   PO Box 14000,    Belfast, ME 04915-4033
517182891*       +Terraces,   920 Jefferson St,   Hoboken, NJ 07030-9201
517128446*        The Travelers Indemnity Company,    c/o Law Offices of William E. Staehle,    445 South Street,
                   P.O. Box 1938,    Morristown, NJ 07962-1938
517182892*        The Travelers Indemnity Company,    c/o Law Offices of William E. Staehle,    445 South Street,
                   P.O. Box 1938,    Morristown, NJ 07962-1938
517182893*       +Tribeca,   113 Willow Ave,   Hoboken, NJ 07030-3605
517182894*       +Trinova Willow,    218 Willow Ave,   Hoboken, NJ 07030-7904
517182895*       +Union Club,   600 Hudson St,   Hoboken, NJ 07030-5900
517182896*       +Union Grande,   1720 New York Ave,    Union City, NJ 07087-7423
517182897*       +Washington House,    821 Washington St,   Hoboken, NJ 07030-5032
517182898*       +Waterfront,   15 Broadway,   Bayonne, NJ 07002-3450
517182899*        Wells Fargo,    P.O. Box 660553,   Dallas, TX 75266-0553
517182900*        Westcourt,    West 2nd St,   Bayonne, NJ 07002
517182901*       +Willow Crest,    208 Willow Ave,   Hoboken, NJ 07030-3664
517182874      ##+Montclair Radiology Assoc.,    4 Brighton Road, Suite 200,    Clifton, NJ 07012-1665
                                                                                              TOTALS: 0, * 67, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2017                                              Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 16, 2017 at the address(es) listed below:
              Jessica M. Minneci    on behalf of Debtor Raymond A. Gonzalez jminneci@middlebrooksshapiro.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Melinda D. Middlebrooks    on behalf of Debtor Raymond A. Gonzalez
               middlebrooks@middlebrooksshapiro.com, melindamiddlebrooks@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```