UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

MIDDLEBROOKS SHAPIRO, P.C.
841 Mountain Avenue, First Floor
Springfield, New Jersey 07081
(973) 218-6877
Joseph M. Shapiro, Esq.
jshapiro@middlebrooksshapiro.com
Counsel for the Chapter 13 Debtor,
Raymond A. Gonzalez

Order Filed on August 30, 2018
by Clerk, U.S. Bankruptcy
Court - District of New Jersey

In Re:

RAYMOND A. GONZALEZ,

Chapter 13 Debtor.

Case No.:        17-30297 (SLM)

Chapter:         13

Judge:           Stacey L. Meisel

## ORDER AUTHORIZING RETENTION OF

Jeffrey Heldman, Esq.

The relief set forth on the following page is **ORDERED**.

**DATED: August 30, 2018**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain _____Jeffrey Heldman, Esq._____

as _____Special Counsel_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: The Vazquez Law Firm
   18 Hook Mountain Road, Suite 201
   Pine Brook, NJ 07058

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*