MELINDA D. MIDDLEBROOKS
MIDDLEBROOKS SHAPIRO, P.C.
841 MOUNTAIN AVE
FIRST FLOOR
SPRINGFIELD, NJ  07081

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2018
#### Chapter 13 Case # 17-30297

Re:  RAYMOND A. GONZALEZ　　　　　　　　　　Atty:  MELINDA D. MIDDLEBROOKS
　　　324 CLEVELAND AVENUE　　　　　　　　　　　　　MIDDLEBROOKS SHAPIRO, P.C.
　　　HASBROUCK HEIGHTS,  NJ  07604　　　　　　　　841 MOUNTAIN AVE
　　　　　　　　　　　　　　　　　　　　　　　　　　FIRST FLOOR
　　　　　　　　　　　　　　　　　　　　　　　　　　SPRINGFIELD, NJ  07081

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $12,000.00**

## RECEIPTS AS OF 12/31/2018　　　(Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 11/02/2017 | $100.00 | 24505635295 | 11/30/2017 | $200.00 | 24479725206 |
| 01/03/2018 | $200.00 | 24479726905 | 02/01/2018 | $200.00 | 24479732226 |
| 03/02/2018 | $200.00 | 24479731258 | 04/02/2018 | $200.00 | 24479735512 |
| 05/07/2018 | $200.00 | 24479738087 | 06/04/2018 | $200.00 | 24921379258 |
| 07/06/2018 | $200.00 | 24940163384 | 08/21/2018 | $200.00 | 24940169818 |
| 09/06/2018 | $200.00 | 24479746705 | 10/10/2018 | $200.00 | 25505075305 |
| 11/06/2018 | $200.00 | 25323204150 | 12/11/2018 | $200.00 | 23684776222 |
| 12/11/2018 | $200.00 | 23684776233 | | | |

**Total Receipts: $2,900.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $2,900.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2018　　　(Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| CAPITAL ONE BANK | | | | | | | |
| | 11/19/2018 | $8.49 | 813,728 | | | | |
| CONNECTONE BANK | | | | | | | |
| | 10/22/2018 | $127.00 | 811,524 | | 11/19/2018 | $131.85 | 813,493 |
| | 12/17/2018 | $131.80 | 815,365 | | | | |
| ENGLEWOOD HOSPITAL | | | | | | | |
| | 10/22/2018 | $5.23 | 811,932 | | 11/19/2018 | $5.43 | 813,873 |
| | 12/17/2018 | $5.43 | 815,757 | | | | |
| HACKENSACK UNIVERSITY MEDICAL CENTER | | | | | | | |
| | 11/19/2018 | $7.02 | 813,345 | | | | |
| NJCLASS | | | | | | | |
| | 10/22/2018 | $7.75 | 812,233 | | 10/22/2018 | $12.53 | 812,233 |
| | 11/19/2018 | $8.04 | 814,159 | | 11/19/2018 | $13.01 | 814,159 |
| | 12/17/2018 | $8.04 | 816,050 | | 12/17/2018 | $13.01 | 816,050 |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 11/19/2018 | $5.61 | 8,000,769 | | | | |

Chapter 13 Case # 17-30297

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| ST CLARES HOSPIAL | | | | | | |
| | 10/22/2018 | $10.39 | 811,409 | 11/19/2018 | $10.78 | 813,368 |
| | 12/17/2018 | $10.78 | 815,238 | | | |
| STATE OF NJ | | | | | | |
| | 12/17/2018 | $7.46 | 816,467 | | | |
| WELLS FARGO BANK NA | | | | | | |
| | 11/19/2018 | $8.45 | 814,790 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 153.90 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 1,810.00 | 100.00% | 1,810.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | CLINTON PLACE CONDOMINIUM ASSOC | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | THE TRAVELERS INDEMNITY COMPANY | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | 14 EUCLID CONDO ASSOCIATION | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | 41ST AVE CONDO | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | 71-75 GRAND STREET CONDO | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | ALLIED MEDICAL ASSOCIATES | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | ATLANTIC MEDICAL GROUP | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | ATLANTIC MEDICAL GROUP | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | CAPITAL ONE BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | CHASE | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | CHILTON MEDICAL CENTER | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | CHILTON MEDICAL CENTER | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | GREENBRIAR CONDO | UNSECURED | 0.00 | * | 0.00 | |
| 0018 | HACKENSACK UNIVERSITY MEDICAL CE | UNSECURED | 1,631.03 | * | 17.77 | |
| 0019 | HESAA-NJCLASS | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | KESSLER INSTITUTE FOR REHABILITATI | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | KESSLER PROFESSIONAL SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | ASHLEY FUNDING SERVICES, LLC | UNSECURED | 42.54 | * | 0.00 | |
| 0023 | MOUNTAIN LAKES PATHOLOGY, LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0024 | NEW YORK LIFE INSURANCE | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | NORTHERN VALLEY ANESTHESIOLOGY | UNSECURED | 0.00 | * | 0.00 | |
| 0026 | NORTHWEST RADIOLOGY ASSOC. | UNSECURED | 0.00 | * | 0.00 | |
| 0027 | PARK LANE CONDO | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | QUEST DIAGNOSTICS | UNSECURED | 0.00 | * | 0.00 | |
| 0029 | ST CLARES HOSPIAL | UNSECURED | 4,912.69 | * | 53.50 | |
| 0030 | SUMMIT MEDICAL GROUP | UNSECURED | 0.00 | * | 0.00 | |
| 0031 | WELLS FARGO BANK NA | UNSECURED | 1,963.30 | * | 21.38 | |
| 0032 | 1107 WASHINGTON | UNSECURED | 0.00 | * | 0.00 | |
| 0033 | 131 MADISON | UNSECURED | 0.00 | * | 0.00 | |
| 0034 | 194 KENSINGTON | UNSECURED | 0.00 | * | 0.00 | |
| 0035 | 210 3RD ST | UNSECURED | 0.00 | * | 0.00 | |
| 0036 | 333 MONROE | UNSECURED | 0.00 | * | 0.00 | |
| 0037 | 352 7TH STREET | UNSECURED | 0.00 | * | 0.00 | |
| 0038 | 50 PARMLEY CONDO | UNSECURED | 0.00 | * | 0.00 | |
| 0039 | 726 ADAMS | UNSECURED | 0.00 | * | 0.00 | |
| 0040 | 819 WASHINGTON ST | UNSECURED | 0.00 | * | 0.00 | |
| 0041 | 830 BLOOMFIELD | UNSECURED | 0.00 | * | 0.00 | |
| 0042 | 924-926 JEFFERSON | UNSECURED | 0.00 | * | 0.00 | |
| 0043 | 934 HUDSON CONDO | UNSECURED | 0.00 | * | 0.00 | |
| 0044 | ADAMS HOUSE | UNSECURED | 0.00 | * | 0.00 | |
| 0045 | CELIA GARDENS | UNSECURED | 0.00 | * | 0.00 | |
| 0046 | CHARLES COURT | UNSECURED | 0.00 | * | 0.00 | |

**Chapter 13 Case # 17-30297**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---------|---------------|-------|--------------:|:------------------:|-----:|-----------------:|
| 0047 | CLINTON PLACE | UNSECURED | 0.00 | * | 0.00 | |
| 0048 | COLUMBIA PARK | UNSECURED | 0.00 | * | 0.00 | |
| 0049 | CROSSINGS | UNSECURED | 0.00 | * | 0.00 | |
| 0050 | CROWN CONDO ASSOC | UNSECURED | 0.00 | * | 0.00 | |
| 0051 | HAMILTON PARK | UNSECURED | 0.00 | * | 0.00 | |
| 0052 | JEFFERSON MILLENNIUM | UNSECURED | 0.00 | * | 0.00 | |
| 0053 | JULIETTE | UNSECURED | 0.00 | * | 0.00 | |
| 0054 | PARK CENTRAL | UNSECURED | 0.00 | * | 0.00 | |
| 0055 | SUMMIT | UNSECURED | 0.00 | * | 0.00 | |
| 0056 | TERRACES | UNSECURED | 0.00 | * | 0.00 | |
| 0057 | TRIBECA | UNSECURED | 0.00 | * | 0.00 | |
| 0058 | TRINOVA WILLOW | UNSECURED | 0.00 | * | 0.00 | |
| 0059 | UNION CLUB | UNSECURED | 0.00 | * | 0.00 | |
| 0060 | UNION GRANDE | UNSECURED | 0.00 | * | 0.00 | |
| 0061 | WASHINGTON HOUSE | UNSECURED | 0.00 | * | 0.00 | |
| 0062 | WATERFRONT | UNSECURED | 0.00 | * | 0.00 | |
| 0063 | WESTCOURT | UNSECURED | 0.00 | * | 0.00 | |
| 0064 | WILLOW CREST | UNSECURED | 0.00 | * | 0.00 | |
| 0065 | STATE OF NJ | UNSECURED | 1,147.28 | * | 12.50 | |
| 0066 | NJCLASS | UNSECURED | 3,664.40 | * | 39.92 | |
| 0067 | NJCLASS | UNSECURED | 5,929.03 | * | 64.58 | |
| 0068 | CAPITAL ONE BANK | UNSECURED | 1,973.23 | * | 21.50 | |
| 0069 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 377.58 | * | 0.00 | |
| 0070 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,304.71 | * | 14.21 | |
| 0071 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 454.31 | * | 0.00 | |
| 0072 | RON BEN MEIR DO | UNSECURED | 0.00 | * | 0.00 | |
| 0073 | PLEASANTSALE AMBULATORY CARE | UNSECURED | 0.00 | * | 0.00 | |
| 0074 | NORTHERN VALLEY ANESTHESIOLOGY | UNSECURED | 0.00 | * | 0.00 | |
| 0075 | NICOLE BORTNIKER DPT | UNSECURED | 0.00 | * | 0.00 | |
| 0076 | MNET FINANCIAL | UNSECURED | 0.00 | * | 0.00 | |
| 0077 | MATTHEW CHALFIN MD | UNSECURED | 0.00 | * | 0.00 | |
| 0078 | HEALTH EAST ASC | UNSECURED | 0.00 | * | 0.00 | |
| 0079 | FBCS | UNSECURED | 0.00 | * | 0.00 | |
| 0080 | ENGLEWOOD HOSPITAL & MEDICAL CEN | UNSECURED | 0.00 | * | 0.00 | |
| 0081 | EAST COAST SPRINE JOINT AND SPORT N | UNSECURED | 0.00 | * | 0.00 | |
| 0082 | EAST COAST SPRINE JOINT AND SPORT N | UNSECURED | 0.00 | * | 0.00 | |
| 0083 | EAST COAST SPRINE JOINT AND SPORT N | UNSECURED | 0.00 | * | 0.00 | |
| 0084 | CONNECTONE BANK | UNSECURED | 60,075.33 | * | 654.30 | |
| 0085 | CHILTON MEDICAL CENTER | UNSECURED | 0.00 | * | 0.00 | |
| 0086 | CERTIFIED CREDIT & COLLECTION BUR | UNSECURED | 0.00 | * | 0.00 | |
| 0087 | ATLANTIC MEDICAL GROUP | UNSECURED | 0.00 | * | 0.00 | |
| 0088 | ALEXANDER VISCO MD | UNSECURED | 0.00 | * | 0.00 | |
| 0089 | ADVANCE MEDICAL SUPPLY | UNSECURED | 0.00 | * | 0.00 | |
| 0090 | ENGLEWOOD HOSPITAL | UNSECURED | 2,472.86 | * | 26.92 | |

**Total Paid: $2,890.48**

See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2019.

Receipts: $2,900.00          -      Paid to Claims: $926.58          -      Admin Costs Paid: $1,963.90      =      Funds on Hand: $9.52

**Chapter 13 Case # 17-30297**

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.